UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| GERALD HUGHES, | ) CASE NO. CV 17-154-FMO (PJW) |
|---|---|
| Petitioner, | ) ORDER ACCEPTING FINAL REPORT AND ADOPTING FINDINGS, CONCLUSIONS, |
| v. | ) AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE, AND |
| DANIEL PARAMO, WARDEN, | ) DENYING CERTIFICATE OF APPEALABILITY |
| Respondent. | ) |

Pursuant to 28 U.S.C. Section 636, the Court has reviewed the Petition, records on file, and the Final Report and Recommendation of the United States Magistrate Judge. Further, the Court has engaged in a *de novo* review of those portions of the Report to which Petitioner has objected. The Court accepts the Report and adopts the findings, conclusions, and recommendations of the Magistrate Judge.

Further, for the reasons stated in the Final Report and Recommendation, the Court finds that Petitioner has not made a substantial showing of the denial of a constitutional right and, therefore, a certificate of appealability is denied. *See* 28 U.S.C.

§ 2253(c)(2); Fed. R. App. P. 22(b); *Miller-El v. Cockrell*, 537 U.S. 322, 336 (2003).

DATED:     June 29, 2018

                                        /s/
                                FERNANDO M. OLGUIN
                                UNITED STATES DISTRICT JUDGE

C:\Users\imartine\AppData\Local\Temp\notesC7A056\Order accep final r&r.wpd

2