JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| GERALD HUGHES, | ) | CASE NO. CV 17-154-FMO (PJW) |
| Petitioner, | ) ) ) | J U D G M E N T |
| v. | ) ) | |
| DANIEL PARAMO, WARDEN, | ) ) | |
| Respondent. | ) ) | |

Pursuant to the Order Accepting Final Report and Adopting Findings, Conclusions, and Recommendations of United States Magistrate Judge,

IT IS ADJUDGED that the Petition is denied and this action is dismissed with prejudice.

DATED: June 29, 2018

/s/
FERNANDO M. OLGUIN
UNITED STATES DISTRICT JUDGE

C:\Users\imartine\AppData\Local\Temp\notesC7A056\Judgment.wpd